**Opinion issued October 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00811-CR

———————————

## IN RE MIGUEL ANGEL YEPEZ, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Miguel Angel Yepez, has filed a petition for writ of mandamus challenging the trial court's September 19, 2016 order compelling him to submit to an HIV test under Article 21.31 of the Texas Code of Criminal Procedure.[1]

---

[1]     The underlying case is *The State of Texas v. Miguel Angel Yepez*, cause number 1412836, pending in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.

We deny the petition and dismiss relator's motion requesting temporary relief as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).